

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00120-CV

| | | |
|---|---|---|
| Lutea, L.L.C. and Pharia, L.L.C. | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2013-005341-1-A) |
| v. | | |
| | § | July 26, 2018 |
| W.S. Draper aka Warner Draper | § | Opinion by Chief Justice Quinn |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's "Final Judgment." It is ordered that the final judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee W.S. Draper shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Quinn
Chief Justice Brian Quinn